# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ALABAMA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For Revocation of Probation or Supervised Release) |
| **THOMAS GLADNEY** | |
| **a/k/a Thomas Terrell Gladney** | |
| | CASE NUMBER: 07-00246-001 |
| | USM NUMBER: 09931-003 |

**THE DEFENDANT:**      Christopher Knight
                        **Defendant's Attorney**

☒  admitted guilt to violation of supervision condition(s): Conditions #7 and Condition # 9
☐  was found in violation of supervision condition(s): _____

| Violation Number | Nature of Violation | Date violation Occurred |
|---|---|---|
| Condition #7 | Technical | |
| Condition #9 | Technical | |

**The defendant is sentenced as provided in page 2 of this** judgment. **The sentence is imposed pursuant to the Sentencing Reform Act of 1984.**

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

**Defendant's Mailing Address:**         July 15, 2011
117 Crane Road
Camden, AL  36726


                                         s/Kristi K. DuBose
                                         UNITED STATES DISTRICT JUDGE

                                         August 10, 2011
                                         Date

**Judgment 2**

AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations: Sheet 2 - Imprisonment

Defendant: **THOMAS GLADNEY, a/k/a Thomas Terrell Gladney**
Case Number: **07-00246-001**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of   **TEN (10) MONTHS**  . No Supervised release to follow.

☐   The court makes the following recommendations to the Bureau of Prisons:

☒   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:
   ☐   at ___ .m. on ___.
   ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐   before 2 p.m. on ___.
   ☐   as notified by the United States Marshal.
   ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____ at _____

with a certified copy of this judgment.

   UNITED STATES MARSHAL

By _____
   Deputy U.S. Marshal